## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>      Plaintiff,<br><br>v.<br><br>UNION SQUARE NEWCASTLE JOINT VENTURE,<br><br>      Defendant. | Case No. 2:22-cv-01617-CCW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Niles and Defendant Union Square Newcastle Joint Venture, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

This action shall be DISMISSED with prejudice as between Plaintiff and Defendant.

Dated: April 19, 2023

Respectfully submitted,

*/s/ Kimberly M. Colonna*
Kimberly M. Colonna
**McNees Wallace & Nurick LLC**
100 Pine Street
Harrisburg, PA 17101
T. 717-237-5278
kcolonna@mcneeslaw.com

David Levine
**McNees Wallace & Nurick LLC**
One Oxford Center
310 Grant St., Suite 1100
Pittsburgh, PA 15219
412-227-2500
dlevine@mcneeslaw.com

*Attorneys for Defendant*

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
NickC@lcllp.com

*Attorney for Plaintiff*